UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 1:24-cv-11200-NMG

Ariella Hellman et al

v.

Department of Elementary and Secondary Education et al

ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Court's Order entered on March 31, 2025, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 /s/ Nicole Cowan
Docket Clerk

March 31, 2025