IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ARIELLA** and **DAVID HELLMAN,** on their own behalf and as next friends of their child, **E.H.;** and **JOSH HARRISON** and **MIRIAM SEGURA-HARRISON,** on their own behalf and as next friends of their child, **H.H.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **MASSACHUSETTS BOARD OF ELEMENTARY AND SECONDARY EDUCATION,** et al., <br><br> *Defendants*. | Case No. 1:24-cv-11200-NMG |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Ariella and David Hellman, on their own behalf and as next friends of their child, E.H., as well as Josh Harrison and Miriam Segura-Harrison, on their own behalf and as next friends of their child, H.H., hereby appeal to the United States Court of Appeals for the First Circuit from the order of this court entered in this action on March 31, 2025 (ECF No. 23), granting Defendants' Motion to Dismiss.

Date: April 28, 2025

Respectfully submitted,

/s/ David G. Hodges
David G. Hodges* (DC Bar No. 1025319)
Renée D. Flaherty* (DC Bar No. 1011453)
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
dhodges@ij.org
rflaherty@ij.org

Tiffany Stichel (BBO672713)
SCHLOSSBERG, LLC

1

35 Braintree Hill Park, Suite 401
Braintree, MA 02184
Tel: (781) 848-5028
Fax: (781) 848-5096
tstichel@schlossbergllc.com

*Attorneys for Plaintiffs*
*Admitted *Pro Hac Vice*

John C. La Liberte (BBO556046)
PIONEER PUBLIC INTEREST LAW CENTER
185 Devonshire Street, 11th Floor
Boston, MA 02110
Tel: (617) 819-1010
john.laliberte@pioneerlegal.org

*Consulting Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, a true and correct copy of the foregoing document was filed through the CM/ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ David G. Hodges
David G. Hodges