# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Hellman et al v. Department of Elementary and Secondary Education et al

District Court Number: 24cv11200-NMG

Fee: Paid? Yes __X__ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending Yes ____ No __X__
If yes, document # _____

Sealed documents Yes ____ No __X__
If yes, document # _____

*Ex parte* documents Yes ____ No __X__
If yes, document # _____

Transcripts Yes ____ No __X__
If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner __X__ Defendant/Respondent ____ Other: ____

Appeal from:

#23 Memorandum and Order, #24 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#23, #24, and #26

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __26__ filed on __April 28, 2025__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __April 28, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**